■ NELLIE A. SACHS, as Executrix of LEON ANCONA, Deceased, Respondent, v SALLY GROSS, Individually and as Trustee of Trust for KAREN ROSENTHAL, Appellant. SALLY GROSS, Individually and as Trustee of Trust for KAREN ROSENTHAL, Appellant, v NELLIE A. SACHS, as Executrix of LEON ANCONA, Deceased, et al., Respondents. NANCY J. FINER et al., as Personal Representatives of the Estate of ALBERT ANCONA, Deceased, et al., Respondents, v SALLY GROSS et al., Appellants. [683 NYS2d 689] —Order affirmed with costs for reasons stated in decision at Supreme Court, Buckley, J. All concur, Callahan, J., not participating. (Appeals from Order of Supreme Court, Onondaga County, Buckley, J.—Contract.) Present—Denman, P. J., Pine, Pigott, Jr., Callahan and Boehm, JJ.

■ BILLITIER ELECTRIC, INC., Appellant, v FRONTIER NETWORK SYSTEMS, INC., Formerly Known as ROTELCOM, INC., Respondent. [683 NYS2d 689] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Arbitration.) Present—Denman, P. J., Pine, Pigott, Jr., Callahan and Boehm, JJ.